# IN THE SUPREME COURT OF THE STATE OF NEVADA

GINKO LLC, A NEVADA LIMITED LIABILTY COMPANY,
Appellant,
vs.
JOHN L. KIM, AN INDIVIDUAL,
Respondent.

No. 72046

**FILED**

JUN 26 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Patrick Flanagan, District Judge
Jonathan L. Andrews, Settlement Judge
Parsons Behle & Latimer/Reno
McDonald Carano LLP/Reno
Vedder Price/Chicago
Washoe District Court Clerk